# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

ALFREDO R. PRIETO,

    Plaintiffs,

v.                                    CASE NO.  1:15cv1258

HAROLD W. CLARKE, *et al.*,

    Defendants.

## MOTION TO DISMISS PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF

Defendants Harold Clarke, Eddie Pearson, and David Zook, by counsel, respectfully move this Honorable Court to vacate the *ex parte* temporary restraining order entered by this Court on September 30, 2015 (ECF No. 6), and to deny and dismiss the Plaintiff's motion for preliminary injunctive relief.  The reasons for this request are set forth in the Memorandum in Support that accompanies this Motion.

                                                Respectfully Submitted,

                                                HAROLD W. CLARKE, EDDIE PEARSON, and DAVID ZOOK, Defendants.

                                                By: _____/s/_____
                                                Margaret Hoehl O'Shea, VSB #66611
                                                Attorney for Defendants
                                                Office of the Attorney General
                                                Criminal Justice & Public Safety Division
                                                900 East Main Street
                                                Richmond, Virginia 23219

Phone:  (804) 225-2206
Fax:  (804) 786-4239
Email:  moshea@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2015, I electronically filed the foregoing Motion to Dismiss Plaintiff's Request for Preliminary Injunctive Relief with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Elizabeth Peiffer (VSB 71353)
> Robert Lee (VSB 37410)
> Virginia Capital Representation Resource Center
> 2421 Ivy Road, Suite 301
> Charlottesville, VA 22903-4971
> 434-817-2970 (phone)
> 434-817-2972 (facsimile)
> epeiffer@vcrrc.org
> roblee@vcrrc.org

And I hereby certify that I have mailed the document by United States Postal Service to the following non-filing user:  N/A

                                                                   /s/
Margaret Hoehl O'Shea, VSB #66611
Attorney for Defendants
Office of the Attorney General
Criminal Justice & Public Safety Division
900 East Main Street
Richmond, Virginia 23219
Phone:  (804) 225-2206
Fax:  (804) 786-4239
Email:  moshea@oag.state.va.us